**Robert OSBORNE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60325.**

Missouri Court of Appeals, Western District.

Aug. 6, 2002.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Grovosky, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before: ULRICH, P.J., BRECKENRIDGE and HARDWICK, JJ.

## ORDER

PER CURIAM.

Robert Osborne appeals the denial of his Rule 29.15 Motion for postconviction relief. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).